HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendants Richard S. Fuld,
Jr., Christopher M. O'Meara, Michael L.
Ainslie, John F. Akers, Roger S. Berlind,
Thomas H. Cruikshank, Marsha Johnson
Evans, Sir Christopher Gent, Roland A.
Hernandez, Henry Kaufman, and John D.
Macomber

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COUNTY OF TUOLUMNE,<br><br>                  Plaintiff,<br><br>        v.<br><br>ERNST & YOUNG, LLP, RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, ERIN M. CALLAN, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, and DOES 1 through 20,<br><br>                Defendants. | Case No. C 09-00391 OWW<br><br>**STIPULATION AND ORDER STAYING CASE PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407 AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

WHEREAS on or about February 13, 2009, Plaintiff County of Tuolumne

("Plaintiff") filed the Complaint in this case in the Superior Court of the State of California,

County of Tuolumne;

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on March 3, 2009, Defendants Richard S. Fuld, Jr., Christopher M. O'Meara, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber timely filed a Notice of Removal in this Court; and Defendant Ernst & Young LLP filed a joinder to the Notice of Removal on March 6, 2009;

WHEREAS cases sharing common questions of fact with this case have previously been transferred by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407;

WHEREAS on March 5, 2009, certain Defendants filed a "tag-along" notice with the MDL Panel to inform the MDL Panel that this action is related to other actions previously transferred by the MDL Panel to the Southern District of New York;

WHEREAS related cases previously removed to the Northern District of California, Zenith Insurance Co. v. Fuld, et al., Case No. C 08-5352-SC, San Mateo County Investment Pool v. Fuld, et al., Case No. C 08-5353-SC, Lou Solton, Monterey County Treasurer, on behalf of the Monterey County Investment Pool, v. Fuld, et al., Case No. C 08-5167 SC, and City of South San Francisco v. Citigroup Global Markets Inc., et al., Case No. C 09-0501 SC, were stayed by that court pending transfer by the MDL Panel to the Southern District of New York;

WHEREAS Plaintiff does not intend to oppose the MDL Panel's transfer of this action to the Southern District of New York;

WHEREAS Plaintiff intends to file a motion to remand in this action following transfer of the action to the Southern District of New York, or earlier if permitted by that Court;

NOW, THEREFORE, pursuant to Civ. L.R. 83-143, the undersigned parties hereby stipulate that:

This case shall be stayed pending issuance of a transfer order by the MDL Panel;

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff's time within which to file a motion to remand shall be extended until

2    such time as ordered by Judge Kaplan in the Southern District of New York following transfer of

3    this action; and

4    Defendants' time within which to answer or otherwise respond to the Complaint

5    is extended to 30 days from the issuance of an order deciding Plaintiff's remand motion or such

6    time as ordered by Judge Kaplan in the Southern District of New York following transfer of this

7    action.

8
9    Dated:  March 9, 2009

10
11                                    /s/ Harrison J. Frahn IV
                                      HARRISON J. FRAHN IV
12                                    SIMPSON THACHER & BARTLETT LLP

13                                    Attorneys for Defendants
                                      RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA,
14                                    MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S.
                                      BERLIND, THOMAS H. CRUIKSHANK, MARSHA
15                                    JOHNSON EVANS, SIR CHRISTOPHER GENT,
                                      ROLAND A. HERNANDEZ, HENRY KAUFMAN, AND
16                                    JOHN D. MACOMBER

17
18                                    /s/ George S. Trevor[1]
                                      GEORGE S. TREVOR
19                                    PEARSON, SIMON, WARSHAW & PENNY, LLP

20                                    Attorneys for Plaintiff
21                                    COUNTY OF TUOLUMNE

22
23
24
25
26   _____
     [1]  Electronic signature authorized in accordance with the Eastern District of California
27        CM/ECF Final Procedures § C-15.2
28                                    - 3 -
     Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time
     to Respond to Complaint – Case No. C 09-00391 OWW

PDF created with pdfFactory trial version www.pdffactory.com



_/s/ James K. Lynch[2]_____
JAMES K. LYNCH
LATHAM & WATKINS LLP

Attorneys for Defendant
ERNST & YOUNG LLP


_/s/ Joshua Judah Pollack[3]_____
JOSHUA JUDAH POLLACK
PROSKAUER ROSE LLP

Attorneys for Defendant
ERIN CALLAN


**PURSUANT TO STIPULATION, IT IS SO ORDERED.:**


DATED: _3/10/2009_____                    _/s/ OLIVER W WANGER_____
                                              Honorable Oliver W. Wagner
                                              United States District Judge

---

[2]    Electronic signature authorized in accordance with the Eastern District of California
       CM/ECF Final Procedures § C-15.2

[3]    Electronic signature authorized in accordance with the Eastern District of California
       CM/ECF Final Procedures § C-15.2

Stipulation and [Proposed] Order Staying Case Pending Transfer Determination by MDL Panel and Extending Time
to Respond to Complaint – Case No. C 09-00391 OWW

PDF created with pdfFactory trial version www.pdffactory.com